JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANICA A. BARBOSA,<br>Plaintiff,<br>v.<br>VENTURA COUNTY, et al.,<br>Defendants. | Case No. 2:26-cv-10403-SSS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice.

DATED: November 2, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE